**Ruth JARMAN, Respondent,**

v.

**Carl EISENHAUER, Personal Representative of the Estate of Agnes Hochberger, Appellant.**

**No. WD 38494.**

Missouri Court of Appeals,
Western District.

April 5, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1988.

Karl L. Madden, Jr., Moberly, for appellant.

B. Daniel Simon, Columbia, for respondent.

Before KENNEDY, C.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

Carl Eisenhauer, personal representative of the estate of Agnes Hochberger, appeals an adverse judgment by the Circuit Court of Randolph County declaring Ruth Jarman the owner of certificates of deposit previously held in her name and that of Hochberger.

Judgment affirmed. Rule 84.16(b).